THOMAS F. X. DUNN
ATTORNEY AT LAW
225 Broadway
Suite 1515
New York, New York 10007
Tel: 212-941-9940
Fax: 212-693-0080
Thomasdunnlaw@aol.com

May 16, 2021

By ECF & Email

Honorable J. Paul Oetken
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Jahuan Pollard,</u>
    19 Cr. 761 (JPO)

Dear Judge Oetken:

  I represent Jahuan Pollard pursuant to the Criminal Justice Act. I write to advise your Honor that Mr. Pollard seeks new counsel. I spoke with Mr. Pollard and during our conversation he informed me that he wished to have another lawyer represent him. Based upon our conversation it is clear that the attorney client relationship is beyond repair.

  Therefore, I request that the Court assign new counsel for Mr. Pollard.

  Thank you for your consideration of this request.

              Respectfully yours,
                /s/
              Thomas F.X. Dunn

> Granted. The Court will appoint replacement counsel from the CJA panel.
> So ordered.
> May 17, 2021

J. PAUL OETKEN
United States District Judge