UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAHUAN POLLARD,
                Defendant.

19-CR-761-8 (JPO)

ORDER

J. Paul Oetken, District Judge:

      The C.J.A. attorney previously appointed in this case, George Goltzer, is hereby relieved as counsel, and C.J.A. attorney James Neuman is hereby appointed to represent the Defendant.

      SO ORDERED.

Dated: January 18, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge